UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARATHON ASSET MANAGEMENT, LP,<br><br>Plaintiff,<br><br>-against-<br><br>WILMINGTON TRUST, N.A., as<br><br>Administrative Agent and Collateral Agent,<br><br>Defendant.<br><br>ANGELO GORDON & CO., LP, APOLLO ADVISORS VII, L.P., BROOKFIELD ASSET MANAGEMENT PRIVATE INSTITUTIONAL CAPITAL ADVISER (CANADA) L.P.<br><br>Intervenor-Defendants. | Case No. 1:15-CV-04727<br><br>AFFIDAVIT OF SERVICE |

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

      I, Steven Torres, License Number 1372099, being duly sworn deposes and says:

1.     I am not a party to this action, am over 18 years of age, and am employed by:

> Nationwide Legal
> 7 Times Square, # 3208
> New York, New York 10036

2.     On June 18, 2015 at 4:40 P.M. EST, I personally delivered and served a true copy of the Notice of Removal, Civil Cover Sheet, Electronic Case Filing Rules & Instructions, Individual Practices of Magistrate Judge Andrew J. Peck, Individual Practices in Civil Case of Judge Analisa Torres upon:

> Wilmer Cutler Pickering Hale and Dorr LLP
> 7 World Trade Center
> 250 Greenwich Street
> New York, NY 10007

by leaving the aforementioned documents with Charles Gazzola, Docketing Clerk, who was authorized to accept service on behalf of Wilmer Cutler Pickering Hale and Dorr LLP.

3.    I would describe Charles Gazzola as a brown-skinned maile, approximately 45 years of age, 6'0" tall, 200 pounds, with brown/gray hair.

_____
Steven Torres

Sworn to before me this
19th day of June 2015

_____
Notary Public

SYLVIA RENEE LEWIS
Notary Public, State of New York
No. 01LE6142505
Qualified in New York County
Commission Expires March 20, 20 18