UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARATHON ASSET MANAGEMENT, LP,

        Plaintiff,

  against

WILMINGTON TRUST, N.A., as
Administrative Agent and Collateral Agent,

        Defendant,

ANGELO GORDON & CO., LP, APOLLO
ADVISORS VII, L.P., BROOKFIELD ASSET
MANAGEMENT PRIVATE
INSTITUTIONAL CAPITAL ADVISER
(CANADA), L.P.

        Intervenor Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 1:15-cv-04727 (AT)(AJP)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Peter Friedman of O'Melveny & Myers LLP hereby enters his appearance as counsel of record for Intervenor Defendants Angelo Gordon & Co., LP, Apollo Advisors VII, L.P., and Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P.

[*Signature on following page*]

Dated: June 23, 2015                                        Respectfully Submitted,


  /s/Peter Friedman

Peter Friedman
O'Melveny & Myers LLP
1625 Eye Street
Washington, D.C., 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
pfriedman@omm.com

*Attorneys for Intervenor Defendants Angelo Gordon & Co., LP, Apollo Advisors VII, L.P., Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P.*