# O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
LONDON
LOS ANGELES
NEWPORT BEACH

Times Square Tower
7 Times Square
New York, New York 10036-6524

TELEPHONE (212) 326-2000
FACSIMILE (212) 326-2061
www.omm.com

SHANGHAI
SILICON VALLEY
SINGAPORE
TOKYO
WASHINGTON, D.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2015

June 23, 2015

WRITER'S DIRECT DIAL
(212) 408-2409

WRITER'S E-MAIL ADDRESS
jrosenberg@omm.com

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Marathon Asset Management, LP v. Wilmington Trust, N.A.*, Case No. 1:15-cv-04727 (AT)(AJP)

Dear Judge Torres:

We represent Angelo Gordon & Co., LP, Apollo Advisors VII, L.P., and Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P. (collectively the "Intervenor Defendants") and respectfully submit this letter to request that the Intervenor Defendants' and defendant Wilmington Trust, N.A.'s ("Wilmington Trust") time to respond to Plaintiff Marathon Asset Managements, LP's ("Marathon") complaint be extended to July 20, 2015.

The Intervenor Defendants removed this action from New York State Supreme Court on June 17, 2015. Under Fed. R. Civ. Proc. 81(c)(2), the Intervenor Defendants' time to respond to Marathon's complaint currently expires on the later of seven days after filing the Notice of Removal (*i.e.*, June 24, 2015) or 21 days after service of the complaint in the underlying state law action (*i.e.*, July 2, 2015).[1] This is the Intervenor Defendants' and Wilmington Trust's first request for an extension of time to respond to the complaint. Marathon has consented to the extension.

---

[1] The New York State Supreme Court granted the Intervenor Defendants' stipulation of intervention on June 12, 2015. The Intervenor Defendants were not served with the complaint and were not parties to this action before that date.

O'MELVENY & MYERS LLP
Hon. Analisa Torres, June 23, 2015 - Page 2

                                              Respectfully Submitted,

                                              /s/ Jonathan Rosenberg

                                              Jonathan Rosenberg
                                              Partner
                                              of O'MELVENY & MYERS LLP

JR

cc:    All Counsel of Record


GRANTED to the extent that by **July 20, 2015**, the Intervenor Defendants and Wilmington Trust shall answer the complaint or submit a letter requesting a pre-motion conference pursuant to Paragraph III of this Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated: June 24, 2015
       New York, New York

                                              ANALISA TORRES
                                            United States District Judge