UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
.
MARATHON ASSET MANAGEMENT, LP,                              :
.
              Plaintiff,                           :
.
     against                                                         :
.
WILMINGTON TRUST, N.A., as                                      :
Administrative Agent and Collateral Agent,               :     No. 1:15-cv-04727 (AT)(AJP)
.
              Defendant,                          :
.
ANGELO GORDON & CO., LP, APOLLO                        :
ADVISORS VII, L.P., BROOKFIELD ASSET                   :
MANAGEMENT PRIVATE INSTITUTIONAL                :
CAPITAL ADVISER (CANADA), L.P.                            :
.
          Intervenor Defendants.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

         PLEASE TAKE NOTICE that Mark D. Kotwick, of the law firm of Seward &

Kissel LLP, an attorney admitted to practice before this Court, hereby appears as attorney of

record for Defendant Wilmington Trust, N.A., as Administrative Agent and Collateral Agent, in

the above-captioned action and requests that all subsequent papers be served upon him at the

address below.

Dated: New York, New York
       June 24, 2015

                              SEWARD & KISSEL LLP

                              By:  s/ Mark D. Kotwick
                                 Mark D. Kotwick
                              One Battery Park Plaza
                              New York, New York  10004
                              Tel.: (212) 574-1200
                              Fax: (212) 480-8421
                              kotwick@sewkis.com

                              *Attorneys for Wilmington Trust, N.A.,*
                                *as Administrative Agent and Collateral Agent*