UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
MARATHON ASSET MANAGEMENT, LP, :
:
            Plaintiff, :
:
   against :
:
WILMINGTON TRUST, N.A., as :
Administrative Agent and Collateral Agent, :   No. 1:15-cv-04727 (AT)(AJP)
:
           Defendant, :
:
ANGELO GORDON & CO., LP, APOLLO :
ADVISORS VII, L.P., BROOKFIELD ASSET :
MANAGEMENT PRIVATE INSTITUTIONAL :
CAPITAL ADVISER (CANADA), L.P. :
:
           Intervenor Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that Thomas Ross Hooper, of the law firm of Seward & Kissel LLP, an attorney admitted to practice before this Court, hereby appears as attorney of record for Defendant Wilmington Trust, N.A., as Administrative Agent and Collateral Agent, in the above-captioned action and requests that all subsequent papers be served upon him at the address below.

Dated: New York, New York
       June 24, 2015

                              SEWARD & KISSEL LLP

                              By: s/ Thomas Ross Hooper
                                  Thomas Ross Hooper
                              One Battery Park Plaza
                              New York, New York  10004
                              Tel.: (212) 574-1200
                              Fax: (212) 480-8421
                              hooper@sewkis.com

                              *Attorneys for Wilmington Trust, N.A.,*
                                *as Administrative Agent and Collateral Agent*

SK 02463 0067 6672805