UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————

|  |  |  |
|---|---|---|
| MARATHON ASSET MANAGEMENT, LP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| WILMINGTON TRUST, N.A., as | ) | |
| Administrative and Collateral Agent, | ) | Case No. 15-cv-04727 (AT)(AJP) |
| | ) | |
| Defendant, | ) | |
| | ) | |
| ANGELO GORDON & CO., LP, APOLLO | ) | |
| ADVISORS VII, L.P., BROOKFIELD ASSET | ) | |
| MANAGEMENT PRIVATE | ) | |
| INSTITUTIONAL CAPITAL ADVISER | ) | |
| (CANADA), L.P., | ) | |
| | ) | |
| Intervenor Defendants. | ) | |

———————————————————————————)

## NOTICE OF PLAINTIFF'S MOTION TO REMAND AND FOR ABSTENTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support

of Plaintiff's Motion to Remand and for Abstention, and all previous papers and proceedings in

this action, Plaintiff Marathon Asset Management, LP, on behalf of one or more managed funds

and/or accounts ("Marathon"), will move this Court, before the Honorable Analisa Torres,

United States District Judge, at the United States District Court, Southern District of New York,

United States Courthouse, 500 Pearl Street, Courtroom 15D, New York, New York 10007, at a

time and date to be set by the Court, for an order remanding this action to the Supreme Court of

New York, New York County (the "State Court") and for abstention, on the grounds that: (i) this

Court lacks subject matter jurisdiction over this action and therefore must remand the action to

the State Court; (ii) in the alternative, even if subject matter jurisdiction existed on the theory

that this action is "related to" a bankruptcy case, as provided in 28 U.S.C. § 1334(b), this Court

is nonetheless required to abstain from exercising such jurisdiction pursuant to 28 U.S.C. §

1334(c)(2); and (iii) in the alternative, this Court should permissively abstain from exercising

jurisdiction, pursuant to 28 U.S.C. § 1334(c)(1) or remand the action to the State Court on

equitable grounds, pursuant to 28 U.S.C. § 1452(b), and granting Marathon such other and

further relief as the Court deems just.

Dated:  June 29, 2015

WILMER CUTLER PICKERING
  HALE AND DORR LLP


By:  /s/ George W. Shuster, Jr.
George W. Shuster, Jr.
Christopher J. Bouchoux
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel:  (212) 230-8800

Benjamin W. Loveland
60 State Street
Boston, MA 02109
Tel: (617) 526-6000

*Counsel for Marathon Asset Management, LP*

2