UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARATHON ASSET MANAGEMENT, LP, <br><br> Plaintiff, <br><br> -v- <br><br> WILMINGTON TRUST, N.A., as Administrative and Collateral Agent, <br><br> Defendant, <br><br> ANGELO GORDON & CO., LP, APOLLO ADVISORS VII, L.P., BROOKFIELD ASSET MANAGEMENT PRIVATE INSTITUTIONAL CAPITAL ADVISER (CANADA), L.P., <br><br> Intervenor Defendants. | Case No. 15-cv-04727 (AT)(AJP) |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 29th day of June, 2015, true and correct copies of the *Notice of Plaintiff's Motion to Remand and for Abstention* and *Memorandum of Law in Support of Plaintiff's Motion to Remand and for Abstention* were served electronically upon all counsel of record using the Court's CM/ECF system and were also served via e-mail upon the parties listed on the attached Service List.

Dated:  June 29, 2015

                              WILMER CUTLER PICKERING
                                HALE AND DORR LLP


By: /s/ George W. Shuster, Jr.
George W. Shuster, Jr.
Christopher J. Bouchoux
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel:  (212) 230-8800

Benjamin W. Loveland
60 State Street
Boston, MA 02109
Tel: (617) 526-6000

*Counsel for Marathon Asset Management, LP*

**SERVICE LIST**

Mark David Kotwick
Seward & Kissel LLP
Kotwick@sewkis.com
*(Counsel to Wilmington Trust, N.A., as Administrative Agent and Collateral Agent)*

Thomas Ross Hooper
Seward & Kissel LLP
hooper@sewkis.com
*(Counsel to Wilmington Trust, N.A., as Administrative Agent and Collateral Agent)*

George Arthur Davis
O'Melveny & Myers, LLP
gdavis@omm.com
*(Counsel to Angelo Gordon & Co., LP, Apollo Advisors VII, L.P. and Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P.)*

Daniel Steven Shamah
O'Melveny & Myers LLP
dshamah@omm.com
*(Counsel to Angelo Gordon & Co., LP, Apollo Advisors VII, L.P. and Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P.)*

Peter Friedman
O'Melveny & Myers LLP
pfriedman@omm.com
*(Counsel to Angelo Gordon & Co., LP, Apollo Advisors VII, L.P. and Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P.)*

Jonathan Rosenberg
O'Melveny & Myers LLP
jrosenberg@omm.com
*(Counsel to Angelo Gordon & Co., LP, Apollo Advisors VII, L.P. and Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P.)*