UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARATHON ASSET MANAGEMENT, LP,

        Plaintiff,

  against

WILMINGTON TRUST, N.A., as
Administrative Agent and Collateral Agent,

        Defendant,

ANGELO GORDON & CO., LP, APOLLO
ADVISORS VII, L.P., BROOKFIELD ASSET
MANAGEMENT PRIVATE
INSTITUTIONAL CAPITAL ADVISER
(CANADA), L.P.

        Intervenor Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 1:15-cv-04727 (AT)(AJP)

## **RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Intervenor Defendants Angelo Gordon & Co., LP, Apollo Advisors VII, L.P., and Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P. hereby states that no publicly held company owns 10% or more of Angelo Gordon & Co, LP.

[*Signature on next page*]

| | |
|---|---|
| Dated:  New York, New York<br><br>July 6, 2015 | Respectfully submitted,<br><br>O'MELVENY & MYERS LLP<br><br>By:  /s/ Jonathan Rosenberg<br><br>Jonathan Rosenberg<br>George A. Davis<br>Daniel S. Shamah<br>7 Times Square<br>New York, New York 10036<br>jrosenberg@omm.com<br>gdavis@omm.com<br>dshamah@omm.com<br>Tel:  (212) 326-2000<br>Fax: (212) 326-2061<br><br>Peter Friedman (*pro hac vice*)<br>1625 Eye Street, NW<br>Washington, DC 20006<br>pfriedman@omm.com<br>Tel:  (202) 383-5300<br>Fax: (202) 383-5414<br><br>*Attorneys for Intervenor Defendants Angelo Gordon & Co., LP, Apollo Advisors VII, L.P., Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P.* |