UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARATHON ASSET MANAGEMENT, LP,

        Plaintiff,

  against

WILMINGTON TRUST, N.A., as
Administrative Agent and Collateral Agent,

        Defendant,

ANGELO GORDON & CO., LP, APOLLO
ADVISORS VII, L.P., BROOKFIELD ASSET
MANAGEMENT PRIVATE
INSTITUTIONAL CAPITAL ADVISER
(CANADA), L.P.

        Intervenor Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 1:15-cv-04727 (AT)(AJP)

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Intervenor Defendants Angelo Gordon & Co., LP, Apollo Advisors VII, L.P., and Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P. hereby states that Brookfield Asset Management Inc., a publicly-owned corporation, indirectly owns an interest in Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P.

[*Signature on next page*]

Dated:  New York, New York        Respectfully submitted,

    July 6, 2015        O'MELVENY & MYERS LLP

By:    /s/ Jonathan Rosenberg

Jonathan Rosenberg
George A. Davis
Daniel S. Shamah
7 Times Square
New York, New York 10036
jrosenberg@omm.com
gdavis@omm.com
dshamah@omm.com
Tel:  (212) 326-2000
Fax: (212) 326-2061

Peter Friedman (*pro hac vice*)
1625 Eye Street, NW
Washington, DC 20006
pfriedman@omm.com
Tel:  (202) 383-5300
Fax: (202) 383-5414

*Attorneys for Intervenor Defendants Angelo Gordon & Co., LP, Apollo Advisors VII, L.P., Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P.*