UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2015
```

MARATHON ASSET MANAGEMENT, LP,

      Plaintiff,

-against-

WILMINGTON TRUST, N.A., as Administrative Agent and Collateral Agent,

      Defendant,

ANGELO GORDON & CO., LP, APOLLO ADVISORS VII, L.P., BROOKFIELD ASSET MANAGEMENT PRIVATE INSTITUTIONAL CAPITAL ADVISER (CANADA), L.P.,

      Intervenor Defendants.

15 Civ. 4727 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  On June 29, 2015, Plaintiff filed a motion to remand and for abstention. Accordingly, it is ORDERED that:

1. Intervenor Defendants shall file their opposition by **July 17, 2015**; and
2. Plaintiff shall reply by **July 29, 2015.**

  In addition, having reviewed the parties' letters dated June 30 and July 6, 2015, it is ORDERED that:

1. Intervenor Defendants' request for a pre-motion conference is DENIED;
2. Intervenor Defendants shall file their motion to transfer by **July 17, 2015**;
3. Plaintiff shall file its opposition by **July 29, 2015**; and
4. Intervenor Defendants shall reply by **August 3, 2015.**

  SO ORDERED.

Dated: July 7, 2015
   New York, New York

                  _____
                     ANALISA TORRES
                 United States District Judge