O

O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
LONDON
LOS ANGELES
NEWPORT BEACH

Times Square Tower
7 Times Square
New York, New York 10036-6524

TELEPHONE (212) 326-2000
FACSIMILE (212) 326-2061
www.omm.com

SILICON VALLEY
SINGAPORE
TOKYO
WASHINGTON, D.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/2015

July 9, 2015

**BY ECF**

WRITER'S DIRECT DIAL
(212) 408-2409

WRITER'S E-MAIL ADDRESS
jrosenberg@omm.com

The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> Re: *Marathon Asset Management, LP v. Wilmington Trust, N.A.*, Case No. 1:15-cv-04727 (AT)(AJP)

Dear Judge Torres:

     We represent Angelo Gordon & Co., LP, Apollo Advisors VII, L.P., and Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P. (collectively the "Intervenor Defendants"). We respectfully submit this letter to request the Court's approval to submit a single, consolidated brief in opposition to plaintiff Marathon Asset Management LP's ("Marathon") motion to remand and in support of the Intervenor Defendants' motion to transfer venue. We believe that this approach would be more efficient for the Court and the parties, given the overlapping issues and facts involved in the various motions. Marathon has no objection to this request.

     We also request that the Intervenor Defendants' and defendant Wilmington Trust's time to respond to the complaint be deferred until two weeks after the Court rules on one or more of the pending motions. We respectfully submit that it would be more efficient for the defendants to respond to the complaint once the Court determines whether it has jurisdiction over this matter and the proper forum in which this matter will proceed. Marathon consents to this request.

     We appreciate Your Honor's consideration of these requests.

O'MELVENY & MYERS LLP
Hon. Analisa Torres, July 9, 2015 - Page 2

                                            Respectfully Submitted,

                                            /s/ Jonathan Rosenberg

                                            Jonathan Rosenberg
                                            Partner
                                            of O'MELVENY & MYERS LLP

JR

cc:     All Counsel of Record

Intervenor Defendants' request to file a consolidated brief is GRANTED.

The deadline to answer the complaint is SUSPENDED pending the Court's resolution of both motions. Should the Court deny both motions and retain jurisdiction, Defendant and Intervenor Defendants shall have **fourteen days** to answer the complaint or submit a letter requesting a pre-motion conference pursuant to Paragraph III of this Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated: July 13, 2015
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge