UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
MARATHON ASSET MANAGEMENT, LP, :
:
        Plaintiff, :
:
  against :
:
WILMINGTON TRUST, N.A., as :
Administrative Agent and Collateral Agent, :
: No. 1:15-CV-04727 (AT)(AJP)
        Defendant, :
:
ANGELO GORDON & CO., LP, APOLLO :
ADVISORS VII, L.P., BROOKFIELD ASSET :
MANAGEMENT PRIVATE :
INSTITUTIONAL CAPITAL ADVISER :
(CANADA), L.P. :
:
        Intervenor Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF MOTION IN SUPPORT OF INTERVENOR DEFENDANTS ANGELO GORDON & CO., LP, APOLLO ADVISORS VII, L.P., BROOKFIELD ASSET MANAGEMENT PRIVATE INSTITUTIONAL CAPITAL ADVISER (CANADA), L.P.'S MOTION TO TRANSFER VENUE**

**PLEASE TAKE NOTICE** that Intervenor Defendants Angelo Gordon & Co., LP, Apollo Advisors VII, L.P., and Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P. ("Intervenor Defendants") move this Court, before the Honorable Analisa Torres, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order transferring the above-captioned action to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1404(a) and § 1412, from which it may be referred to the United States Bankruptcy Court for the District of Delaware pursuant to the Delaware District Court's amended standing order of reference. In further support of this Motion, Intervenor Defendants rely on the Memorandum of Law of Intervenor

Defendants Angelo Gordon & Co., LP, Apollo Advisors VII, L.P., Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P. in Opposition to Plaintiff's Motion to Remand and for Abstention and in Support of Their Motion to Transfer Venue [Dkt. No. 26] and the Declaration of Jonathan Rosenberg, Esq. in Opposition to Marathon Asset Management, LP's Motion to Remand and for Abstention and in Support of Intervenor Defendants Angelo Gordon & Co., LP, Apollo Advisors VII, L.P., Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P.'s Motion to Transfer Venue [Dkt. No. 27], filed July 17, 2015.

Dated:  New York, New York

    July 17, 2015

Respectfully submitted,

O'MELVENY & MYERS LLP

By:  /s/ Jonathan Rosenberg

Jonathan Rosenberg
George A. Davis
Daniel S. Shamah
7 Times Square
New York, New York 10036
jrosenberg@omm.com
gdavis@omm.com
dshamah@omm.com
Tel:  (212) 326-2000
Fax: (212) 326-2061

Peter Friedman (*pro hac vice*)
1625 Eye Street, NW
Washington, DC 20006
pfriedman@omm.com
Tel:  (202) 383-5300
Fax: (202) 383-5414

*Attorneys for Intervenor Defendants Angelo Gordon & Co., LP, Apollo Advisors VII, L.P., Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P. Administrative Agent*