# WILMERHALE

July 29, 2015

**George W. Shuster Jr.**

+1 212 937 7232 (t)
+1 212 230 8888 (f)
george.shuster@wilmerhale.com

**VIA EMAIL & ECF**

Honorable Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Marathon Asset Management, LP v. Wilmington Trust, N.A.*, Case No. 15-cv-04727

Dear Judge Torres:

WilmerHale is co-counsel to Marathon Asset Management LP, on behalf of one or more managed funds and/or accounts ("Marathon"), the plaintiff in the above-captioned case.

Marathon respectfully requests a hearing for oral argument on its Motion to Remand and for Abstention [ECF No. 14], the Notice of Motion in Support of Intervenor Defendants Angelo Gordon & Co., LP, Apollo Advisors VII, L.P., Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P.'s Motion to Transfer Venue [ECF No. 28], and the memoranda of law and other filings related thereto.

Marathon believes that oral argument in this matter would allow the parties to address, among other things, Judge Engelmayer's recent decision in *Delaware Trust Co. v. Wilmington Trust, N.A.*, Case No. 15 Civ. 02883 (S.D.N.Y. July 23, 2015), and, specifically, for Marathon to distinguish that case from the case presently before this Court.

Respectfully submitted,

/s/ George W. Shuster, Jr.

George W. Shuster, Jr.

cc:   All Counsel of Record