UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
MARATHON ASSET MANAGEMENT, LP,    :
:
            Plaintiff,    :
:
  against    :
:
WILMINGTON TRUST, N.A., as    :
Administrative Agent and Collateral Agent,    :
                               : No. 1:15-CV-04727 (AT)(AJP)
           Defendant,    :
:
ANGELO GORDON & CO., LP, APOLLO    :
ADVISORS VII, L.P., BROOKFIELD ASSET    :
MANAGEMENT PRIVATE    :
INSTITUTIONAL CAPITAL ADVISER    :
(CANADA), L.P.    :
:
           Intervenor Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF JONATHAN ROSENBERG, ESQ. IN SUPPORT OF
INTERVENOR DEFENDANTS ANGELO GORDON & CO., LP, APOLLO
ADVISORS VII, L.P., BROOKFIELD ASSET MANAGEMENT
PRIVATE INSTITUTIONAL CAPITAL ADVISER (CANADA), L.P.'S
REPLY IN FURTHER SUPPORT OF THEIR MOTION TO TRANSFER VENUE**

     I, Jonathan Rosenberg, Esq., declare under penalty of perjury and 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge, information, and belief:

     1.     I am a partner with the law firm O'Melveny & Meyers, LLP, Times Square Tower, 7 Times Square, New York, NY 10036, (212) 326-2000, counsel for Intervenor Defendants Angelo Gordon & Co., LP, Apollo Advisors VII, L.P., and Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P.  I respectfully submit this Declaration in Support of Intervenor Defendants Angelo Gordon & Co., LP, Apollo Advisors

VII, L.P., Brookfield Asset Management Private Institutional Capital Adviser (Canada), L.P.'s Reply in Further Support of Their Motion to Transfer Venue.

    2.    Exhibit A is a true and complete copy of the TCEH proposed plan of reorganization, filed with the Delaware Bankruptcy Court on August 3, 2015.

Dated:   New York, New York                     /s/ Jonathan Rosenberg

          August 3, 2015                          Jonathan Rosenberg