# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corp., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |
| Delaware Trust Company, as First Lien Indenture Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>Wilmington Trust, N.A., as First Lien Collateral Agent and First Lien Administrative Agent, et al.,<br><br>    Defendants. | Adversary Pro. No. 15-51239 (CSS) |

## ORDER APPROVING STIPULATION TO ESTABLISH
## PLEADING AND BRIEFING DEADLINES

NOW, this 22nd day of September 2015, having reviewed the *Stipulation to Establish Pleading and Briefing Deadlines* (the "Stipulation"), it is hereby:

ORDERED that the Stipulation is Approved; and it is further

ORDERED that oral argument on the Dispositive Motion[1] Briefing will take place on a date to be determined after submission of a certification of completion of briefing.

*[signature]*
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] A term not otherwise defined herein shall have the meaning ascribed to such term in the Stipulation.

# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corp., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |
| Delaware Trust Company, as First Lien Indenture Trustee,<br><br>Plaintiff,<br><br>v.<br><br>Wilmington Trust, N.A., as First Lien Collateral Agent and First Lien Administrative Agent, et al.,<br><br>Defendants. | Adversary Pro. No. 15-51239 (CSS) |

## STIPULATION TO ESTABLISH PLEADING AND BRIEFING DEADLINES

The undersigned parties (the "Parties") to the above-captioned adversary proceeding hereby agree to the following pleading and briefing deadlines:

1. Plaintiff shall file an amended complaint (the "Amended Complaint") on or before 12:00 p.m. (ET) on September 22, 2015.

2. All defendants and/or intervenors shall file answers to the Amended Complaint by 12:00 p.m. on September 30, 2015.

3. The Parties shall file dispositive motions (the "Dispositive Motions") by October 9, 2015.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four

Case 1:15-cv-04727-AT Document 38-1 Filed 09/29/15 Page 5 of 10
Case 15-51239-CSS Doc 31-1 Filed 09/22/15 Page 3 of 8

4. The Parties shall file oppositions to the Dispositive Motions (the "Oppositions") by October 20, 2015.

5. The Parties shall file replies to the Oppositions (the "Replies" and together with the Dispositive Motions and the Oppositions, the "Dispositive Motion Briefing") by October 28, 2015.[2]

6. The Parties respectfully request oral argument on the Dispositive Motion Briefing on November 2, 2015, or on an alternate date thereafter convenient to the Court.

Dated: September 22, 2015
Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　/s/ GianClaudio Finizio
　　　　　　　　　　　　　　　　　　　　Neil B. Glassman (No. 2087)
　　　　　　　　　　　　　　　　　　　　GianClaudio Finizio (No. 4253)
　　　　　　　　　　　　　　　　　　　　**BAYARD, P.A.**
　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 900
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 655-5000
　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 658-6395

　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　Michael S. Kim, Esq *(admitted pro hac vice)*
　　　　　　　　　　　　　　　　　　　　Jeremy C. Hollembeak, Esq. *(admitted pro hac vice)*
　　　　　　　　　　　　　　　　　　　　Benjamin J.A. Sauter, Esq. *(admitted pro hac vice)*
　　　　　　　　　　　　　　　　　　　　**KOBRE & KIM LLP**
　　　　　　　　　　　　　　　　　　　　800 Third Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 488-1200
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 488-1220

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Delaware Trust Company, as TCEH First Lien Indenture Trustee*

---

digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The Parties agree they will not seek any discovery in connection with the Dispositive Motion Briefing.

/s/ *Ashley R. Altschuler*
Ashley R. Altschuler (No. 3803)
R. Craig Martin (No. 5032)
Scott Czerwonka (No. 4844)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
ashley.altschuler@dlapiper.com
craig.martin@dlapiper.com
scott.czerwonka@dlapiper.com

-and-

Howard R. Hawkins, Jr. (admitted pro hac vice)
Ellen M. Halstead (admitted pro hac vice)
Michele Maman (admitted pro hac vice)
Thomas J. Curtin (admitted pro hac vice)
**CADWALADER, WICKERSHAM & TAFT LLP**
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
howard.hawkins@cwt.com
ellen.halstead@cwt.com
michele.maman@cwt.com
thomas.curtin@cwt.com

Mark C. Ellenberg (admitted pro hac vice)
**CADWALADER, WICKERSHAM & TAFT LLP**
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400
mark.ellenberg@cwt.com

*Attorneys for Morgan Stanley Capital Group, Inc.*

3

/s/ Simon E. Fraser
Mark Felger (3919)
Barry M. Klayman (No. 3676)
Simon E. Fraser (No. 5335)
**COZEN O'CONNOR**
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
mfelger@cozen.com
bklayman@cozen.com
sfraser@cozen.com

-and-

Thomas J. Moloney
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
tmoloney@cgsh.com

*Attorneys for J. Aron & Company*

                           */s/ Bradley R. Aronstam*
                          Bradley R. Aronstam (No. 5129)
                          Benjamin J. Schladweiler (No. 4601)
                          **ROSS ARONSTAM & MORITZ LLP**
                          100 S. West Street, Suite 400
                          Wilmington, DE 19801
                          Telephone: (302) 576-1600
                          baronstam@ramllp.com
                          bschladweiler@ramllp.com

                          -and-

                          Ronit J. Berkovich
                          Salvatore Romanello
                          **WEIL, GOTSHAL & MANGES LLP**
                          767 Fifth Avenue
                          New York, NY 10153
                          Telephone: (212) 310-8000
                          salvatore.romanello@weil.com

                          *Attorneys for Titan Investment Holdings LP and Titan Indemnity Company*

/s/ *Joseph H. Huston*
Joseph H. Huston, Jr. (No. 4035)
**STEVENS & LEE, P.C.**
1105 North Market Street, Suite 700
Wilmington, DE 19801
Telephone: (302) 425-3310
Facsimile: (610) 371-7972
jhh@stevenslee.com

-and-

Jonathan Rosenberg
George A. Davis
Daniel S. Shamah
**O'MELVENY & MYERS, LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
jrosenberg@omm.com
gdavis@omm.com
dshamah@omm.com

-and-

Peter M. Friedman
**O'MELVENY & MYERS, LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
pfriedman@omm.com

*Attorneys for Defendant Wilmington Trust, N.A., as First Lien Administrative Agent*

6

/s/ Michael D. DeBaecke
Michael D. DeBaecke (No. 3186)
**BLANK ROME LLP**
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

-and-

Mark D. Kotwick
Thomas Ross Hooper
**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorneys for Defendant Wilmington
Trust, N.A., as First Lien Collateral Agent*

7