UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| MARATHON ASSET MANAGEMENT, LP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -v- | ) |
| | ) |
| WILMINGTON TRUST, N.A., as | ) |
| Administrative and Collateral Agent, | )  Case No. 15-cv-04727 (AT)(AJP) |
| | ) |
| Defendant, | ) |
| | ) |
| ANGELO GORDON & CO., LP, APOLLO | ) |
| ADVISORS VII, L.P., BROOKFIELD ASSET | ) |
| MANAGEMENT PRIVATE | ) |
| INSTITUTIONAL CAPITAL ADVISER | ) |
| (CANADA), L.P., | ) |
| | ) |
| Intervenor Defendants. | ) |

_____

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that certain *Stipulation and Consent Order Regarding Limited Objection of Marathon Asset Management, LP to Confirmation of Debtors' Fifth Amended Plan of Reorganization*,[1] the Plaintiff, Marathon Asset Management, LP, hereby gives notice that the above-captioned action is voluntarily dismissed against the Defendant and Intervenor Defendants.

Dated: December 3, 2015

/s/ George W. Shuster, Jr.
George W. Shuster, Jr.

WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8800

*Counsel for Marathon Asset Management, LP*

---

[1] Docket No. 6932 in *In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (CSS) (Bankr. D. Del.).