UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARATHON ASSET MANAGEMENT, LP,

        Plaintiff,

        -v-

WILMINGTON TRUST, N.A., as
Administrative and Collateral Agent,

        Defendant,

ANGELO GORDON & CO., LP, APOLLO
ADVISORS VII, L.P., BROOKFIELD ASSET
MANAGEMENT PRIVATE
INSTITUTIONAL CAPITAL ADVISER
(CANADA), L.P.,

        Intervenor Defendants.

Case No. 15-cv-04727 (AT)(AJP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2015

---

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that certain *Stipulation and Consent Order Regarding Limited Objection of Marathon Asset Management, LP to Confirmation of Debtors' Fifth Amended Plan of Reorganization*,[1] the Plaintiff, Marathon Asset Management, LP, hereby gives notice that the above-captioned action is voluntarily dismissed against the Defendant and Intervenor Defendants.

Dated:  December 3, 2015

        /s/ George W. Shuster, Jr.____
        George W. Shuster, Jr.

        WILMER CUTLER PICKERING
          HALE AND DORR LLP
        7 World Trade Center
        250 Greenwich Street
        New York, New York 10007
        Tel:  (212) 230-8800

        *Counsel for Marathon Asset Management, LP*

---

[1] Docket No. 6932 in *In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (CSS) (Bankr. D. Del.).

SO ORDERED.

Dated: December 4, 2015
New York, New York

ANALISA TORRES
United States District Judge